## El Pueblo *v.* Delannoy.

Apelación procedente de la Corte de Distrito de Guayama.

No. 74.—Resuelto en mayo 11, 1907.

Apelación—Pliego de Excepciones—Relación de Hechos—Errores Manifiestos.—No habiendo pliego de excepciones ni relación de hechos, y no apareciendo de los autos que se hubiera cometido error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. MacLeary emitió la opinion del tribunal.

La presente es una apelación interpuesta contra una sentencia dictada por la Corte de Distrito de Guayama en 17 de diciembre de 1906, por la que fué declarado el demandado culpable del delito de homicidio voluntario, y condenado á cinco años de reclusión en el presidio departamental.

Interpuso apelación para ante este tribunal y después de las demoras usuales y necesarias, se celebró el juicio el día 10 del presente mes.

La acusación fué debidamente hecha é imputaba al acusado el delito de asesinato en segundo grado, por haber dado muerte á Aniceto Figueroa. De un examen cuidadoso del récord no resulta ningún error fundamental. No aparece en el récord ni pliego de excepciones, relación de los hechos, ni

alegato del abogado defensor.   No se pronunció ningún argumento oral á su favor en el acto del juicio en esta corte.

En este estado de los hechos, es claro que de acuerdo con la sentencia de esta corte en el caso del *Pueblo de Puerto Rico v. Marcelino Ramírez,* resuelto en 29 de abril del presente año, y otros casos anteriores á aquél, esta sentencia debe confirmarse en todas sus partes.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Figueras y Wolf.